# United States Bankruptcy Court
## District of Kansas

In re **Janet Sue Shackelford**  
Debtor(s)

Case No. **13-41043**  
Chapter **13**

## Notice of Change of Address

Debtor's Social Security Number: **xxx-xx-3966**

**My (Our) Former Mailing Address and Telephone Number was:**

Name: **Janet Sue Shackelford**

Street: **1900 NW Lyman Lot 241**

City, State and Zip: **Topeka, KS 66608**

Telephone #:

**Please be advised that effective November 9, 2015,**
**my (our) new mailing address and telephone number is:**

Name: **Janet Sue Shackelford**

Street: **1531 N. Kansas**

City, State and Zip: **Topeka, KS 66608**

Telephone #: **785-506-3281**

**Steven R. Wiechman # 08415**
**Steven R. Wiechman # 08415**
Attorney for Debtor